An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER CURREN,
Appellant,
vs.
JOSE AVILA AND GINA AVILA,
Respondents.

No. 63160

**FILED**

JUL 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malure_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant seeks to challenge a district court order denying a motion to recuse a judge. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels, Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

---

[1]In light of this order, we deny as moot all requests for relief pending in this matter. Additionally, the clerk of this court shall return, unfiled, appellant's opening brief, which was provisionally received in this court on June 3, 2013.

13-19312

cc: Hon. Kimberly A. Wanker, District Judge
Alexander Curren
Gibson & Kuehn
Nye County Clerk